United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-17884-elf
Arthur J. Lloyd                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 2    Date Rcvd: Aug 11, 2017
                      Form ID: 206    Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2017.

```
db             +Arthur J. Lloyd,    1977 Colonial Drive,    Croydon, PA 19021-5611
cr             +BUCKS COUNTY TAX CLAIM BUREAU,    C/O JOHN A. TORRENTE, ESQ.,    BUCKS COUNTY COURTHOUSE,
                 55 EAST COURT STREET,    DOYLESTOWN, PA 18901-4331
cr              Nationstar Mortgage, LLC,    P.O. Box 829009,    Dallas, TX  75382-9009
cr             +WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC# X2303-01A,    DES MOINES, IA 50328-0001
cr              Wells Fargo Bank N.A.,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA  50328-0001
cr             +Wells Fargo Bank NA,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
cr             +Wells fargo bank,    1 home campus,    x2303-01a,    des moines, ia 50328-0001
12568292      ++ASPEN NATIONAL COLLECTIONS,    PO BOX 10689,    BROOKSVILLE FL 34603-0689
               (address filed with court: Aspen Coll,     Pob 5129,    Spring Hill, FL 34611)
12571875      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,
                 Wilmington, DE 19886-5102)
12698906       +BUCKS COUNTY TAX CLAIM BUREAU,    C/O JOHN A. TORRENTE, ESQ.,    55 EAST COURT STREET,
                 DOYLESTOWN  PA 18901-4318
12628045       +Berkheimer Tax Administrator, Agent for,    Bristol Twp School District,
                 50 North Seventh Street,    Bangor, PA 18013-1731
12568293      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,     Citicorp Credit Services/Attn: Centraliz,
                 Po Box 20363,    Kansas City, MO 64195)
12568294       +Citibank Usa,    Po Box 6497,    Sioux Falls, SD 57117-6497
12610733       +Department Stores National Bank/Macys,    C/O Bankruptcy Processing,    P.O. Box 8053,
                 Mason, OH 45040-8053
12568297       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
12568299        Fia Csna/Bank of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
12568298        Fia Csna/Bank of America,    Attn: Bankruptcy,    Po Box 15021,    Wilmington, DE 19850
12568303       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12568302       +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
12568304       +Monterey Col,    4095 Avenida De La,    Oceanside, CA 92056-5802
12658493       +Monterey Collection Services,    4095 Avenida De La Plata,    Oceanside CA 92056-5802
12658492       +Moterey Collection Services,    4095 Avenida De La Plata,    Oceanside CA 92056-5802
12568306      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage Ll,     Attn: Bankruptcy,    350 Highland Dr,
                 Lewisville, TX 75067)
12568307        Nationstar Mortgage Ll,    Po Box 199111,    Dallas, TX 75235
12574062        Nationstar Mortgage, LLC,    P.O. Box 829009,    Dallas, Texas 75382-9009
13832565       +PNC Mortgage, a division of PNC Bank, NA,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
12568308       +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
12589961      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,     PO BOX 8026,
                 Cedar Rapids, IA. 52408-8026)
12568310       +Toyota Mtr,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13504595       +U.S. Bank National Association,    c/o: Nationstar Mortgage, LLC,    P.O. Box 619096,
                 Dallas, TX 75261-9096
12592550       +Wells Fargo Bank,    MAC X2303-01A,    1 Home Campus,    Des Moines, IA 50328-0001
12568311        Wells Fargo Bank Nv Na,    Call 800-225-5935,    Choose account type in automated attenda,
                 Des Moines, IA 50306
12568312       +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
12568314       +Young, Klein & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: bankruptcy@phila.gov Aug 12 2017 01:35:04      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 12 2017 01:34:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 12 2017 01:34:51      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2017 01:35:48      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
12568296        E-mail/Text: mrdiscen@discover.com Aug 12 2017 01:34:04      Discover Fin,    Po Box 15316,
                 Wilmington, DE 19850
12590404        E-mail/Text: mrdiscen@discover.com Aug 12 2017 01:34:04      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12568295       +E-mail/Text: mrdiscen@discover.com Aug 12 2017 01:34:04      Discover Fin,
                 Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
12568301       +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2017 01:35:48      Gemb/JC Penny,    Po Box 965005,
                 Orlando, FL 32896-5005
12568300       +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2017 01:35:40      Gemb/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Aug 11, 2017
                              Form ID: 206                Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12568305       +E-mail/PDF: cbp@onemainfinancial.com Aug 12 2017 01:35:40      Morequity,   601 Nw 2nd St,
                 Evansville, IN 47708-1013
12714529        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 12 2017 01:35:57
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
12592066        E-mail/PDF: rmscedi@recoverycorp.com Aug 12 2017 01:35:49
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12568313       +E-mail/Text: BKRMailOps@weltman.com Aug 12 2017 01:34:42     Weltman, Weinberg & Reis Co.,
                 325 Chestnut St.,   Suite 501,   Philadelphia, PA 19106-2605
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +U.S. Bank National Association,   c/o: Nationstar Mortgage, LLC,   P.O. Box 619096,
                 Dallas, TX 75261-9096
12698908*      +BUCKS COUNTY TAX CLAIM BUREAU,   C/O JOHN A. TORRENTE, ESQ.,   55 EAST COURT STREET,
                 DOYLESTOWN,   PA 18901-4318
12568309*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Mtr,   Toyota Financial Services,   Po Box 8026,
                 Cedar Rapids, IA 52408)
                                                                                          TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2017 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               AMERICAN GENERAL MORTGAGE LOAN TRUST 2010-1 AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2010-1 bkgroup@kmllawgroup.com
              ELLIS B. KLEIN    on behalf of Debtor Arthur J. Lloyd ykassoc@gmail.com,   ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              HILARY B. BONIAL    on behalf of Creditor    Nationstar Mortgage, LLC
               hbonial@nbsdefaultservices.com,   notice@bkcylaw.com
              JOHN A. TORRENTE    on behalf of Creditor    BUCKS COUNTY TAX CLAIM BUREAU
               jtorrente@begleycarlin.com
              PAUL H. YOUNG    on behalf of Debtor Arthur J. Lloyd ykassoc@gmail.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Arthur J. Lloyd                                                          Case No: 11−17884−elf

    Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED**
**WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

                                                                             For The Court

Dated: 8/11/17

                                                                             Timothy B. McGrath
                                                                             Clerk of Court