Certificate Number: 03621-PAE-DE-029669795

Bankruptcy Case Number: 11-17884



03621-PAE-DE-029669795

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 1, 2017</u>, at <u>11:26</u> o'clock <u>PM EDT</u>, <u>Arthur Lloyd</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 2, 2017</u>          By:    <u>/s/Wafaa Elmaaroufi</u>

                                  Name:  <u>Wafaa Elmaaroufi</u>

                                  Title: <u>Credit Counselor</u>