**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ARTHUR J. LLOYD | : | |
| Debtor | : | Bky. No. 11-17884 ELF |

# O R D E R

**AND NOW**, this bankruptcy case having been closed without the entry of a discharge Order because the debtor did not file a statement regarding the completion of a course as required by Fed. R. Bankr. P. 4004(c)(1)(H),

**AND**, upon consideration of the Debtor's Motion to Reopen Case to permit the Debtor to file a certificate of financial management and demonstrate compliance with Fed. R. Bankr. P. 4004(c)(1)(H),

**AND**, after notice and hearing and there being no objection,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED** and the case is **REOPENED** for the purpose of compliance with Fed. R. Bankr. P. 4004(c)(1)(H) and the entry of a discharge order.

**Date: December 21, 2017**

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE