United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Arthur J. Lloyd
    Debtor

Case No. 11-17884-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 2    Date Rcvd: Dec 21, 2017
    Form ID: 3180W    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.
```
db             +Arthur J. Lloyd,   1977 Colonial Drive,   Croydon, PA 19021-5611
12698906       +BUCKS COUNTY TAX CLAIM BUREAU,   C/O JOHN A. TORRENTE, ESQ.,    55 EAST COURT STREET,
                 DOYLESTOWN   PA 18901-4318
12628045       +Berkheimer Tax Administrator, Agent for,    Bristol Twp School District,
                 50 North Seventh Street,   Bangor, PA 18013-1731
12658493       +Monterey Collection Services,   4095 Avenida De La Plata,   Oceanside CA 92056-5802
12574062        Nationstar Mortgage, LLC,   P.O. Box 829009,   Dallas, Texas 75382-9009
13832565       +PNC Mortgage, a division of PNC Bank, NA,   Attn: Bankruptcy,   3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
12568314       +Young, Klein & Associates, LLC,   3554 Hulmeville Road,   Suite 102,   Bensalem, PA 19020-4366
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 22 2017 01:35:31     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2017 01:34:56     Pennsylvania Department of Revenue,
                 Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2017 01:35:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12571875        EDI: BANKAMER2.COM Dec 22 2017 01:23:00     FIA CARD SERVICES, N.A.,   PO Box 15102,
                 Wilmington, DE 19886-5102
12610733       +EDI: TSYS2.COM Dec 22 2017 01:23:00      Department Stores National Bank/Macys,
                 C/O Bankruptcy Processing,   P.O. Box 8053,   Mason, OH 45040-8053
12590404        EDI: DISCOVER.COM Dec 22 2017 01:23:00     Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,   New Albany, OH  43054-3025
12714529        EDI: PRA.COM Dec 22 2017 01:23:00     Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
12589961        EDI: TFSR.COM Dec 22 2017 01:23:00     Toyota Motor Credit Corporation,   PO BOX 8026,
                 Cedar Rapids, IA. 52408-8026
12592550       +EDI: WFFC.COM Dec 22 2017 01:23:00      Wells Fargo Bank,   MAC X2303-01A,   1 Home Campus,
                 Des Moines, IA 50328-0001
                                                                                              TOTAL: 9

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               AMERICAN GENERAL MORTGAGE LOAN TRUST 2010-1 AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2010-1 bkgroup@kmllawgroup.com
              ELLIS B. KLEIN    on behalf of Debtor Arthur J. Lloyd ykassoc@gmail.com,   ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              HILARY B. BONIAL    on behalf of Creditor    Nationstar Mortgage, LLC hbonial@bonialpc.com,
               hbonial@bonialpc.com
              JOHN A. TORRENTE    on behalf of Creditor    BUCKS COUNTY TAX CLAIM BUREAU
               jtorrente@begleycarlin.com
              PAUL H. YOUNG    on behalf of Debtor Arthur J. Lloyd support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
```

```
District/off: 0313-2          User: Stacey                Page 2 of 2              Date Rcvd: Dec 21, 2017
                              Form ID: 3180W              Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                        TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Arthur J. Lloyd** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–7955** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **11–17884–elf** | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Arthur J. Lloyd

12/21/17                                    **By the court:**    Eric L. Frank
                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**