United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-17884-elf
Arthur J. Lloyd                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Dec 21, 2017
                              Form ID: pdf900           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.
```
db             +Arthur J. Lloyd,    1977 Colonial Drive,    Croydon, PA 19021-5611
cr             +BUCKS COUNTY TAX CLAIM BUREAU,    C/O JOHN A. TORRENTE, ESQ.,    BUCKS COUNTY COURTHOUSE,
                 55 EAST COURT STREET,    DOYLESTOWN, PA 18901-4331
cr              Nationstar Mortgage, LLC,    P.O. Box 829009,    Dallas, TX  75382-9009
cr             +U.S. Bank National Association,    c/o: Nationstar Mortgage, LLC,    P.O. Box 619096,
                 Dallas, TX 75261-9096
cr             +WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC# X2303-01A,    DES MOINES, IA 50328-0001
cr              Wells Fargo Bank N.A.,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA  50328-0001
cr             +Wells Fargo Bank NA,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
cr             +Wells fargo bank,    1 home campus,    x2303-01a,    des moines, ia 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 22 2017 01:35:41      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2017 01:35:06      Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2017 01:35:28      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 01:31:41      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 4
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:
```
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               AMERICAN GENERAL MORTGAGE LOAN TRUST 2010-1 AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES,
               SERIES 2010-1 bkgroup@kmllawgroup.com
              ELLIS B. KLEIN    on behalf of Debtor Arthur J. Lloyd ykassoc@gmail.com,    ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              HILARY B. BONIAL    on behalf of Creditor    Nationstar Mortgage, LLC hbonial@bonialpc.com,
               hbonial@bonialpc.com
              JOHN A. TORRENTE    on behalf of Creditor    BUCKS COUNTY TAX CLAIM BUREAU
               jtorrente@begleycarlin.com
              PAUL H. YOUNG    on behalf of Debtor Arthur J. Lloyd support@ymalaw.com,    ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| ARTHUR J. LLOYD | : | |
| Debtor | : | Bky. No. 11-17884 ELF |

## O R D E R

**AND NOW**, this bankruptcy case having been closed without the entry of a discharge Order because the debtor did not file a statement regarding the completion of a course as required by Fed. R. Bankr. P. 4004(c)(1)(H),

**AND**, upon consideration of the Debtor's Motion to Reopen Case to permit the Debtor to file a certificate of financial management and demonstrate compliance with Fed. R. Bankr. P. 4004(c)(1)(H),

**AND**, after notice and hearing and there being no objection,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED** and the case is **REOPENED** for the purpose of compliance with Fed. R. Bankr. P. 4004(c)(1)(H) and the entry of a discharge order.

**Date: December 21, 2017**

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE