United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Arthur J. Lloyd  
    Debtor

Case No. 11-17884-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Dec 27, 2017  
                    Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2017.  
db          +Arthur J. Lloyd,    1977 Colonial Drive,    Croydon, PA 19021-5611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2017 at the address(es) listed below:

       DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR AMERICAN GENERAL MORTGAGE LOAN TRUST 2010-1 AMERICAN GENERAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2010-1 bkgroup@kmllawgroup.com  
       ELLIS B. KLEIN    on behalf of Debtor Arthur J. Lloyd ykassoc@gmail.com,    ykaecf@gmail.com, ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com  
       HILARY B. BONIAL    on behalf of Creditor    Nationstar Mortgage, LLC hbonial@bonialpc.com, hbonial@bonialpc.com  
       JOHN A. TORRENTE    on behalf of Creditor    BUCKS COUNTY TAX CLAIM BUREAU jtorrente@begleycarlin.com  
       PAUL H. YOUNG    on behalf of Debtor Arthur J. Lloyd support@ymalaw.com,    ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                                                                        TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Arthur J. Lloyd                                                        : Case No. 11−17884−elf
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , December 27,2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

71
Form 195